## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WINMAR CONSTRUCTION, INC.,

    Plaintiff,

    v.

ESF, INC., et al.,

    Defendants.

Civil Action No. 22-1829 (JDB)

## ORDER

Upon consideration of [5] defendant The Academy of the Holy Cross's motion to dismiss,

[7] defendant ESF, Inc.'s motion to dismiss, and the entire record herein, it is hereby

**ORDERED** that the defendants' motions to dismiss are **GRANTED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 6, 2023